Your Name: Sergey Firsov

Your Address: 333 Escuela ave, #141, Mountain view ca

Phone Number: 650-2106804

Email Address: sfirsov1972@gmail.com

Pro Se Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Sergey Firsov, et al

　　　　　　　Plaintiff,

　　v.

AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA

　　　　　　　Defendant.

**CV25　5481**

Case Number　[leave blank]

**VKD**

**COMPLAINT**

DEMAND FOR JURY TRIAL

Yes ☐　　No ■

## I.　PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Sergey Firsov

Address: 333 Escuela ave, apt 141, Mountain view, CA 94040

Telephone: 650-2106804

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1:

Name: AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA

Address: 1670 N W 82ND AVE, DORAL, FL 33191

Telephone: (800) 538-2583

Defendant 2:

COMPLAINT　　　　　PAGE ___ OF ___　　　　JDC TEMPLATE, UPDATED 11/2024

Plaintiff 2:

Name: Kateryna Pomogaibo

Address: 333 Escuela ave, apt 229, Mountain view, CA 94040

Telephone: (650) 996-6914

Defendant 3:

Name: _____

Address: _____

Telephone: _____

## II.    JURISDICTION

Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.

3.  My case belongs in federal court

☑ under <u>federal question jurisdiction</u> because it involves a federal law or right.

Which federal law or right is involved?
Montreal Convention, IATA Rules

☐ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

## III.    VENUE

The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma.  If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit.  Check the box for each venue option that applies.

4.  Venue is appropriate in this Court because:

☑ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## IV. INTRADISTRICT ASSIGNMENT

This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka-McKinleyville. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka-McKinleyville division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.

5. Because this lawsuit arose in ___San Francisco___ County, it should be assigned to the ___San Francisco___ Division of this Court.

## V. STATEMENT OF FACTS

Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, **starting with paragraph number 6.** Use more pages as needed.

On 02/12/2022 Plaintiffs purchased 2 business class tickets from Brasil to Los Angeles GIG-LAX, booking 3HKWYZ with departure on 12/31/2022 and paid 130K miles (or $4290=130*$33) and $104.98 taxes.

On 03/01/2022 Plaintiffs purchased economy ticket from Los-Angeles to San-Francisco LAX-SFO with departure on 01/01/23.

In April 2022 Defendant changed aircraft and removed all lie-flat business class seats, so Plaintiffs were donwgraded involuntary to economy class just on 1st raw. On 12/20/2022 Plaintiffs called to airline to order vegeterian meal, select seats and ask 70K miles credit as difference between business and economy seats. Defendant already gave a credit before on other flights after involuntary downgrade.

Defendant set veggy meal, selected seats and promised to review a credit request in couple days.

But by mistake, Defendant somehow cancelled tickets and made unauthorised refund.

On 12/31/2022 Plaintiffs denied boarding because ticket not existed anymore. Defendant refused to sale exactly same ticket because overbook. Defendant refused to provide hotel, meal and new ticket.

On 12/31/22 Plaintiffs purchased same ticket GIG-LAX on Copa airlines and paid $3'133.60, booking APBICK. Defendant refused to reimburse cost of new tickets for this mistake.

Plaintiffs used american locked AT&T phone with american IP-address, american credit card with california billing address, so contract was concluded on USA territory in California.

JDC TEMPLATE, UPDATED 11/2024

## VI.    CLAIMS

### First Claim

Name the law or right violated:

Montreal convention MC99, IATA Rules - involuntary downgrade/cancellation without compensation

Name the defendants who violated it:

AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

Brasil, El Salvador and USA signed Montreal convention, so flight between GIG to LAX falls under this Convention. IATA rules prohibits involuntary downgrade and cancel ticket without proper compensation

According to article 1 paragraph 3 of Montreal convention domestic flights connected with international flights considered as a SINLGE international flight. So, flight from Rio de Janiero to San Francisco is a signle trip.

According to article 10 MC99 Plaintffs have right to refund for downgrade from business

Typically it's 75% from tarif. Tickets was 130K miles, so compensation should be 97.5K miles.

According to article 19 MC99 if airline action caused to incur additional expenses, they liable for it.

According to article 22 MC99 if airline acted recklessly - airline liable for FULL damages.

Plaintiffs have done duties - purchased ticket and arrived to check-in, but Defendant refused to execute contract and reinstate tickets for initial price due overbooking. Defendant refused to provide new tickets.

Plaintiff asked help from USA Consulate in Rio De Janeiro, Brasil, but they asked to sign money loan agreement.

Defendant's tariffs and IATA rules allowed downgrage, but airline must offer compensation.

Defendant wrongly cancelled ticket instead of processing partial refund - violated own policies.

DOT also rules that airline should provide refund for fare difference when downgraded involuntary.

Plaintiffs denied boarding and denied to provide new tickets even on another airlines.

That caused to Plaintiff delay transportartion in in new year 31 december.

According to article 19 of MC99 Plaintiffs have a right to reimburse damages caused by delay in international travel (finances and arguing during check-in). Expenses on new tickets must be reimbursed.

Plaintiff selected to fly to Los Angeles, because only there Defendant had lie-flat business seats.

But Defendant removed all business seats as CLASS, so no reason to fly to Los Angeles anymore.

## Second _____ Claim

Name the law or right violated:

California Unjust enrichment

Name the defendants who violated it:

AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Airline charged 130K miles for business class tickets, but provided only ecomony class seats for 60K miles,

unjustly benefiting at Plaintiffs expenses. Defendant stolen 70K miles (or $2310 = 70K*$33) from Plaintiffs.

Unjust enrichment based on fraud or mistake is 3 years from its discovery. Unjust enrichment in California

more $950 qualified as a grand theft. Each Plaintff losts $1'155 (=$2'310\2).

Defendant has intention to steal money because Defendant due their operations became bancrupt.

To save money Defendant just intentionally removed all business class seats as CLASS from all airplanes,

but forgot to notify Plaintiffs about it and forgot to compensate the difference between fares.

PC section 459.5 makes it illegal to enter a commercial establishment with the intent to steal money.

## Third Claim

Name the law or right violated:

Breach of contract

Name the defendants who violated it:

AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed.  You do not need to make legal arguments. You can refer to your statement of facts.

Plaintiffs concluded a written contract with Defendant to carry a baggages and passengers.

Defendant breached contract and refused to transfer Plaintiffs from Rio De Janairo to Los Angeles.

Defendant forced Plaintiffs to buy new ticket and refused to provide hotel, meals and new tickets due overbooking.

Defendant sold business class seats, but intentionally removed it from all airplanes to avoid bancrupcy

without proper compansation. Defendant breached contract with mandatory compliance with international

trities, like Montreal convention MC99. Defendant violated articles 10,19, 22 of MC99.

Plaintiffs have got emotional distress after arguing in GIG airport with Defendant.

Plaintiffs spend $3133.60 for new tickets that must be reimbursed.

Defendant refused to compensate new tickets and so responsible for penalty 10% per year.

For 3 years it became $940.08

_____4th_____ **Claim**

Name the law or right violated:

Unfair and deceptive practices

Name the defendants who violated it:

AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

UDAP restricts unfair and deceptive acts and practices. Sale business seats and then remove it from all

airplanes without notifiyng passngers and without proper compensation is unfair and deceptive practices.

Defendant just stolen differenfe between business and economy seats 60K miles ($2310=70K*33)

UCL and CLRA restrict CA unfair and deceptive practices.

Defedant has regular flights from\to California, so law applicable here because flight was to LAX.

Defendant should pay Plaintiffs for emotional distress as enconveneince.

Defendant intentionally removed all business class seats to save money and avoid bancruptcy

Defendant should pay fine for these acts under $2'500 for each violation, 2 passengers -> 2 violations

_____5ᵗʰ_____ Claim

Name the law or right violated:

**Breach of implied Covenant of good faith and fair dealing**

Name the defendants who violated it:

**AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA**

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

**Each contract has implied duty of good faith and fair dealing. Plaintiffs signed contract**

with Defendant for transfer passenger and baggage GIG-LAX, connected with domestic trip LAX-SFO on next day.

Defendant's conduct deprived Plaintiffs of contract benefits (refuse to compensation beyond legal requirements) for downgrade

Plaintiffs tried to explain how Montreal convention works, but were denied boarding due overbooking.

Defendants knew in advance that contract has duty to respect international treaties and concluded it.

Defendant sold business class fare, but later removed it from all aircrafts and downgraded Plaintiffs to economy

**without justifications and later cancelled whole ticket just for asking a partial refund.**

Defendant knew it when started business that airline must follow montreal convention and pay difference

**in case of involuntary downgrade. This is bias against Plaintiffs, bad faith and fair dealing.**

**Defendant's policies uniformly applied and aligned with IATA guidance.**

_____6th_____ **Claim**

Name the law or right violated:

**Negligence - fail to execise reasonable care**
_____

Name the defendants who violated it:

**AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA**
_____

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

Each airline has duty of care - must act reasonable in processing booking and during denied boarding
_____

Their system malfunctioned, falsely canceled whole ticket and failed to issue new tickets with same price.
_____

Error caused Plaintiffs financial harm, higher ticket price on Copa airlines $3133.60.
_____

Plaintiffs lost money and time, arrived late in Los Angeles just on new year celebration.
_____

Defendant refused to honor advertising price from initial tickets and refused to issue new tickets for new money.
_____

Plaintiffs have got strong emotional distress and suffered financial harm.
_____

Defendant failed to execise reasonable care for business class passengers.
_____

Defendant dropped passengers without money in Brasil on 31 December in ther late evening
_____

without providing hotel, taxi, new tickets. Defendant by negligence harmed passengers.
_____

Plaintiff have to call to USA consulate in Rio De Janeiro and ask to help return home because
_____

they don't have money to buy new ticket. USA consulate asked to sign federal loan before issuing
_____

money to Plaintiffs. Plaintiffs refused and used credit card with big debt.
_____

Plaintiffs are not able to pay for this credit card and bank charged fee every month since january 2023.
_____

This is also considered as financial lost of Plaintiff. APR for credit card is 25% per year, 3 years
_____

passed, so Defendant must reimburse fee expenses to cover new tickets.
_____

_____7th_____ **Claim**

Name the law or right violated:

Fraudlent misresresentation by California civil code 1709

Name the defendants who violated it:

AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA

Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer to your statement of facts.

02/12/22 at Mountain view, California Defendant online made a false statement when put on the table a standard

contract of carriage when sold business class seats from Brasil to California:

1. lie-flat seats on route from Brasil to Los Angeles available on 331 days in advance.

Defendant knew that they could not provide business class and will downgrade to economy class anyway due bancruptcy

Defendant wanted that Plaintiffs will pay in advance premium for non-existing service.

Plaintiffs reasonable belived that lie-flat business class seats will be on 31 December.

on 12/23/22 Defendant intentionally refused to sale SAME ticket to Plaintiffs when economy seats were available,

because they can sale it for more money because this is 31 December as high demand date.

Defendant wanted to damage Plaintiffs because miles ticket is non-revenue ticket and

Defendant would like to earn profit and sale Defendant's miles tickets for more money.

Plaintiffs lost $3133.60 for new tickets and this should be paid by Defendant, but not by Plaintiff.

California UCL and B&P 17200 prohibits unfair and deceptive practices.

Defendant should pay fine for their actions.

## VII.    DEMAND FOR RELIEF

State what you want the Court to do.  Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something.  If you are asking for money, you can say how much you are asking for and why you should get that amount or describe the different kinds of harm caused by the defendant.

Defendant must refund Plaintiffs the cost of new tickets $3133.60 and $940.08 penalty as 10% for using it 3 years.

Defendant must pay Plaintiffs for emotional distress as enconvenience for denied boarding.

Defendant must pay Plaintiffs punitive damages to prevent this issue in the future.

Defendant must fix booking system to make partial refund in case of downgrading.

## VIII.    DEMAND FOR JURY TRIAL

Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:    06/17/2025        Sign Name: _____

Print Name:    Sergey Firsov / Kateryna Pomogaibo

COMPLAINT                    PAGE ___ OF ___                    JDC TEMPLATE, UPDATED 11/2024