UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SERGEY FIRSOV, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA,<br><br>    Defendant. | Case No. 25-cv-05481-VKD<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 38 |

On October 30, 2025, plaintiffs Sergey Firsov and Kateryna Pomogaibo filed a motion for default judgment. Dkt. No. 38. The Court denies plaintiffs' motion, as the Clerk of the Court declined to enter default against defendant Aerovias Del Continente Americano S.A. Avianca, Dkt. No. 31. *See* Fed. R. Civ. P. 55(a)-(b); *Duyen Kwong v. Santa Clara Cnty. Sheriff's Off.*, No. 17-cv-02127-BLF, 2017 WL 8294176, at *1 (N.D. Cal. Sept. 7, 2017) (denying motion for default judgment where plaintiff "did not secure an entry of default by the Clerk" and defendants appeared by filing a motion to dismiss).

**IT IS SO ORDERED.**

Dated: October 31, 2025

*Virginia K. DeMarchi*
Virginia K. DeMarchi
United States Magistrate Judge